**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda J. Combs, | No. CV-06-2011-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| State of Arizona, Department of Corrections, | |
| Defendant. | |

On March 17, 2008, the Court issued an order granting in part and denying in part Defendant's motion for summary judgment. Dkt. #132. Defendant has filed motions for reconsideration of that order. Defendant also has filed alternative motions in limine with respect to evidence that Combs' office was segregated based on sex. Dkt. ##134-35. The Court will deny the motions.

**A.    The Motions for Reconsideration.**

Defendant filed its motions for reconsideration on April 15, 2008, nearly a month after the Court filed its summary judgment order. *See* Dkt. ##132, 134-35. Rule 7.2 of the Local Rules of Civil Procedure provides that "[a]bsent good cause shown, any motion for reconsideration shall be filed no later than ten (10) days after the date of the filing of the Order that is the subject of the motion." LRCiv 7.2(g)(2). The good cause standard primarily considers the diligence of the party filing the untimely motion. *See Johnson v. Mammoth Recreation, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Defendant does not address

the good cause standard or its diligence in meeting the filing deadline set forth in Local Rule 7.2(g)(2). The Court accordingly will deny the untimely motions for reconsideration. *See Baker v. D.A.R.A. II, Inc.*, No. CV-06-2887-PHX-LOA, 2008 WL 824000, at *1 (D. Ariz. Mar. 25, 2008) (denying untimely motion for reconsideration where "good cause [had] not been shown.") (citing LRCiv 7.2(g)(2)).

**B.    The Motions in Limine.**

Defendant seeks, in the alternative, an order precluding Combs from presenting evidence that her office was segregated. Dkt. ##134 at 5, 135 at 4. Relying on the arguments made in its motions for reconsideration, Defendant contends that the evidence of segregation is irrelevant and would be prejudicial to Defendant and confusing to the jury. *Id.* Because the Court will not consider the arguments made in the untimely motions for reconsideration, the Court will deny the motions in limine. Moreover, Defendant's contention that the segregation does not constitute an adverse action as a matter of law is a summary judgment argument. The time for seeking summary judgment has passed. *See* Dkt. #111 (setting dispositive motion deadline of December 21, 2007).

**IT IS ORDERED** that Defendant's motions for reconsideration and alternative motions in limine (Dkt. ##134-35) are **denied**.

DATED this 6th day of May, 2008.

_____
David G. Campbell
United States District Judge